# Wilson v. The State.

APPEAL from Shelby County Court.

Tried before Hon. JNO. B. LEEPER.

BROWNE & LEEPER, for appellant.

WM. C. FITTS, Attorney-General, *contra*.

The defendant was charged with assault and battery, and convicted. Reversed and remanded.

Opinion by HARALSON, J.

---

# Martin v. Jones.

APPEAL from Mobile City Court.

Tried before Hon. O. J. SEMMES.

R. INGE SMITH, for appellant.

JOEL W. GOLDSBY, *contra*.

This was an action upon a contract. There was judgment for plaintiff, and defendant appealed. Judgment affirmed.

Opinion by HEAD, J.